1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANDREW A. CEJAS,

11           Petitioner,                    No. CIV S-05-2274 GEB GGH P

12       vs.

13   LOU BLANAS, et al.,

14           Respondents.              ORDER

15   _____/

16           Petitioner, a state court pretrial detainee, detained for more than three years

17   awaiting trial, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254,

18   together with an application to proceed in forma pauperis.

19           Examination of the in forma pauperis application reveals that petitioner is unable

20   to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

21   granted.  See 28 U.S.C. § 1915(a).

22           Since petitioner may be entitled to relief if the claimed violation of constitutional

23   rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

24           Petitioner has requested the appointment of counsel.  There currently exists no

25   absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

26   453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

1

1   any stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Fed. R. Governing

2   § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

3   served by the appointment of counsel at the present time.

4                   In accordance with the above, IT IS HEREBY ORDERED that:

5                   1.  Petitioner's application to proceed in forma pauperis is granted;

6                   2.  Petitioner's November 9, 2005 request for appointment of counsel is denied

7   without prejudice to a renewal of the motion at a later stage of the proceedings;

8                   3.  Respondents are directed to file a response to petitioner's habeas petition

9   within thirty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An

10  answer shall be accompanied by all transcripts and other documents relevant to the issues

11  presented in the petition.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

12                  4.  If the response to the habeas petition is an answer, petitioner's reply, if any,

13  shall be filed and served within thirty days after service of the answer;

14                  5.  If the response to the habeas petition is a motion, petitioner's opposition or

15  statement of non-opposition to the motion shall be filed and served within thirty days after

16  service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days

17  thereafter; and

18                  6.  The Clerk of the Court shall serve a copy of this order together with a copy of

19  the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Robert A. Ryan, Jr.,

20  County Counsel for Sacramento County, and Jan Scully, District Attorney for Sacramento

21  County.

22  DATED: 11/22/05

23                                                          /s/ Gregory G. Hollows

24                                                          GREGORY G. HOLLOWS
                                                            UNITED STATES MAGISTRATE JUDGE

25

26  GGH:009
    ceja2274.100+

2