IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW A. CEJAS,

    Petitioner,               No. CIV S-05-2274 GEB GGH P

    vs.

LOU BLANAS, et al.,

    Respondents.            <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file objections to the court's findings and recommendations of April 15, 2008. Although the skeletal request was filed on May 14, 2008, beyond the twenty-day period afforded for objections in the findings and recommendations, and although petitioner sets forth no reason whatever for either the untimeliness of the request or for the need for a further extension, the court will liberally accord petitioner an extension.

        IT IS HEREBY ORDERED that:

        1. Petitioner's May 14, 2008 request for an extension of time (Docket #23) is granted;

        2. Petitioner is granted twenty days from the date of this order in which to file objections to the findings and recommendations; and

3. There will be no further extension.

DATED: 05/22/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/ja
ceja2274.111