IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW A. CEJAS,

      Petitioner,                      2:05-cv-2274-GEB-GGH-P

    vs.

LOU BLANAS, et al.,

      Respondents.                  <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal[1] of this court's June 27, 2008[2] denial of his application for a writ of habeas corpus.[3]  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

---

[1] Petitioner's request for a certificate of appealability is to be construed as a notice of appeal. <u>Ortberg v. Moody</u>, 961 F.2d 135, 137 (9th Cir. 1992)("a request for a certificate of probable cause can serve 'double duty' as notice of appeal") [internal quotations omitted].

[2] Although the order denying the petition was filed on June 24, 2008, due to a clerical error, entry of judgment was not noted in the docket until June 27, 2008.

[3] Although filed before judgment was entered, the appeal is deemed timely. <u>Firstier Mortgage Co. v. Investors Mortgage Ins. Co.</u>, 498 U.S. 269, 274-76, 111 S. Ct. 648, 652-53(1991)(premature notice of appeal found timely if appellant has reasonable belief he is appealing final judgment); <u>Wilborn v. Escalderon</u>, 789 F.2d 1328, 1330 (9th Cir.1986)(timeliness requirement satisfied as prematurely filed notice of appeal treated as final after judgment is entered).

1

1  Fed. R. App. P. 22(b).

2  A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[4]

Petitioner has made a sufficient showing of the denial of a constitutional right in the following issue presented in the instant petition: whether petitioner's federal right to a speedy trial was violated.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

Dated: July 24, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[4] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.

2